UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE GLENNON KLUMPP ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-43-TCM |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court *sua sponte*. Petitioner filed the instant 28 U.S.C. § 2254 action on January 11, 2007, and the Court issued a Case Management Order on February 9, 2007. Thereafter, on June 2, 2008, petitioner filed another § 2254 petition and motion to proceed in forma pauperis which were docketed as an amended petition in the instant action [Doc. #36]. Since that time, it has come to the Court's attention that petitioner did not intend said petition [Doc. #36] to be filed as an amended petition, but rather as a new, separate habeas action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall open a new civil case utilizing petitioner's 28 U.S.C. § 2254 petition (with attachments) and motion to proceed in forma pauperis [Doc. #36] as the § 2254 petition and in forma pauperis motion for the new civil case. However, a copy of the said documents [Doc. #36] shall remain filed in the instantca se.

**IT IS FURTHER ORDERED** that a copy of this Order shall also be docketed in the new civil action seeking relief pursuantt o 28 U.S.C. § 2254.

>   /s/ Thomas C. Mummert, III
>   THOMAS C. MUMMERT,I II
>   UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of October , 2008.